RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA JOHNSON-GRUVER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>PREMIUM CHOICE INSURANCE SERVICES,<br><br>          Defendant. | Case No. 2:23-cv-00247-RGK-AGR<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. R. Gary Klausner |

    Plaintiff Virginia Johnson-Gruver hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

1

NOTICE OF SETTLEMENT
*Johnson-Gruver v. Premium Choice Insurance Services*

Respectfully Submitted,

Dated: April 17, 2023

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*