JS6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA JOHNSON-GRUVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM CHOICE INSURANCE SERVICES,<br><br>Defendant. | Case No. 2:23-cv-00247-RGK-AGR<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE   [24]<br><br>Judge: Hon. R. Gary Klausner |

Pursuant to the parties' stipulation, this action is hereby dismissed without prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED this **19** day of April, 2023.

_____
R. Gary Klausner
UNITED STATES DISTRICT JUDGE

1

PROPOSED ORDER
*Johnson-Gruver v. Premium Choice Insurance Services*